Simon R. Kaplan, Respondent, *v.* City of Poughkeepsie, Appellant.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument and to amend the remittitur granted as follows: Return of remittitur requested and when returned it will be amended by providing that the judgment of the Trial Term is modified so as to state it is not upon the merits, and as so modified affirmed, with costs in this court and in the Appellate Division. (See 279 N. Y. 153.)

Byron D. Shultz et al., Appellants, *v.* Manufacturers and Traders Trust Company, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 781.)

Harold Simmons, Respondent, *v.* Radio Printing Corporation et al., Defendants, and Ferro Realty Corporation, Appellant.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 783.)